# EXHIBIT A



# PERMANENT RESIDENT CARD

NAME AHANESSIANS, RAZMIK

INS A# 075-516-606



Birthdate    Category    Sex
11/07/65     E26         M

Country of Birth
Iran



CARD EXPIRES 04/13/11

Resident Since 12/05/00

C1USA0755166061WAC9817350363<<
6511072M1104134IRN<<<<<<<<<<9
AHANESSIANS<<RAZMIK<<<<<<<<<<<

2

# EXHIBIT B

3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

# I-797C, Notice of Action

THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE October 17, 2005 |
|---|---|---|---|
| CASE TYPE N400   Application For Naturalization | | | INS A# A 075 516 606 |
| APPLICATION NUMBER WSC*001390656 | RECEIVED DATE October 04, 2005 | PRIORITY DATE October 04, 2005 | PAGE 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

RAZMIK AHANESSIANS
27 HERITAGE VILLAGE LN
CAMPBELL CA 95008

**PAYMENT INFORMATION:**

| | |
|---|---|
| Single Application Fee: | $390.00 |
| Total Amount Received: | $390.00 |
| Total Balance Due: | $0.00 |

Ihlubhlhullululu

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

| Date of Birth: | November 07, 1965 |
|---|---|
| Address Where You Live: | 27 HERITAGE VILLAGE LN |
| | CAMPBELL CA 95008 |

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within 365 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.**

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P.O BOX 10400
LAGUNA NIGUEL CA 92607-

**INS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

WSC$001492688



# EXHIBIT C

5

# I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| Fingerprint Notification | | NOTICE DATE<br>October 29, 2005 |
|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | INS A#<br>A 075 516 606 |
| APPLICATION NUMBER<br>WSC*001390656 | RECEIVED DATE<br>October 04, 2005 | PRIORITY DATE<br>October 04, 2005 |
| | | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

RAZMIK AHANESSIANS
27 HERITAGE VILLAGE
CAMPBELL CA  95008

BIOMETRICS PROCESSING STAMP
San Jose, CA
SC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
ON   NOV 3 0 2005

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** if you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| INS SAN JOSE<br>122 CHARCOT AVE.<br>SAN JOSE CA 95131 | 11/30/2005<br>09:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
**1. THIS APPOINTMENT NOTICE** and
**2. PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card.  All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID.  If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

### REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice.  Please mail your request to:

INS SAN JOSE
122 CHARCOT AVE.
SAN JOSE CA 95131

If you have any questions regarding this notice, please call 1-800-375-5283.          APPLICANT COPY

APPLICATION NUMBER
WSC*001390656

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N



**U.S. Department of Homeland Security**
San Jose, Ca.

**U.S. Citizenship
and Immigration
Services**

1887 Monterey Highway
San Jose, California 95112

RAZMIK AHANESSIANS

27 HERITAGE VILLAGE LANE

CAMPBELL, CA 95008

Date:  September 5, 2007

File Number: A075516606

Officer:  **ZHANG**

# FINGERPRINT REFERRAL NOTICE

Type of Application: ☐  Adjustment of Status (I-485)     ☒  Naturalization/Citizenship (N-400)

In order to continue processing your application, you must go to an USCIS Application Support Center to have your fingerprints taken. You are hereby requested to appear to be fingerprinted at the location below:

☐ Application Support Center
122 Charcot Avenue
San Jose, CA 95131

☐ Application Support Center (Santa Rita Plaza)
1954 North Main Street
Salinas, CA 93906

**Hours**:     Sunday & Monday:     **CLOSED**
Tuesday -- Saturday:   8:00 AM -- 3:45 PM

### UPON RECEIPT OF THIS NOTICE

If you cannot go to the USCIS Application Support Center on the day you receive this notice, you may go on any business day thereafter, as long as you report as instructed below:

### WITHIN 30 DAYS OF RECEIPT OF THIS NOTICE
FAILURE TO DO SO MAY RESULT IN THE DENIAL OF YOUR APPLICATION

If you do not have them taken within that period, your application or petition may be considered abandoned and denied pursuant to 8 CFR § 103.2(b)(13).

When you go to have your fingerprints taken, you must bring : 1) **THIS NOTICE**; and 2) your Alien Registration Card (ARC). If you do not have an ARC, you must bring alternative photo identification such as a passport, valid driver's license, national ID, military ID, State-issued photo ID or other USCIS issued photo ID. **Naturalization applicants MUST bring Alien Registration Card.** All others must bring a state or government I.D. or an I.D. issued by your country. If you do not bring this notice and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

FOR QUESTIONS REGARDING YOUR FINGERPRINTS, CALL 1-888-557-5398.

**Please take note that the staff at the Application Service Center will not be able to answer any questions about the status of your application.**

Form N-14

# EXHIBIT D



**U.S. Department of Homeland Security**

Citizenship and Immigration Services

# N-652, Naturalization Interview Results

A#:  075516606

On  February 16, 2006,  you were interviewed by USCIS Officer ZHANG

- ☑ You passed the tests of English and U.S. history and government.

- ☐ You passed the test of U.S. history and government and the English language requirement was waived.

- ☐ USCIS has accepted your request for a Disability Exception.  You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

- ☐ You will be given another opportunity to be tested on your ability to _____ speak / _____ read / _____ write English.

- ☐ You will be given another opportunity to be tested on your knowledge of U.S. history and government.

- ☐ Please follow the instructions on the Form N-14.

- ☐ USCIS will send you a written decision about your application.

- ☐ You did not pass the second and final test of your _____ English ability / _____ knowledge of U.S. history and government.  You will not be rescheduled for another interview for this N-400.  USCIS will send you a written decision about your application.

A)_____Congratulations!  **Your application has been recommended for approval**.  At this time, it appears that you have established your eligibility for naturalization.  If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

B) ☒ _____**A decision cannot yet be made about your application.**

  **It is very important that you:**

- ☒ Notify USCIS if you change your address.

- ☒ Come to any scheduled interview.

- ☒ Submit all requested documents.

- ☒ Send any questions about this application in writing to the officer named above.  Include your full name, Alien Registration Number (A#),  and a copy of this paper.

- ☒ Go to any Oath Ceremony that you are scheduled to attend.

- ☒ Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony.  Include a copy of this paper and a copy of the scheduling notice.

**NOTE:**  Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied or before the U.S. district court if USCIS has not made a determination on your application within 120 days of the date of your examination.

Form N-652 (Rev. 01/04/05)N

# EXHIBIT E





*U.S. Department of Homeland Security*
*San Jose Citizenship and Immigration Services*
*1887 Monterey Road*
*San Jose, CA 95112*

*To serve you more efficiently we are replying to your letter by this informal method enabling a more prompt response. We trust you will agree that a faster response is more important than formality. No record has been made of this correspondence and should you write again concerning the same matter, please return the attached correspondence.*

**Ahanessians, Razmik**
**27 Heritage Village Ln.**
**Campbell, CA 95008**

Alien Number: 075 516 606

Date:  July 11, 2007

**Ref:  N-400/WSC*001390656**

Dear Applicant:

The processing of your case has been delayed.  A check of our records establishes that your case is not yet ready for decision, as the required investigation into your name check remains open.

Until the name checks investigation is completed, we cannot move forward on your case.  These name checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the name checks are complete.  If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number (1-800-375-5283).
Please complete the attached inquiry form if you want to change your address on our system.

Sincerely,
Information Unit/PH
Citizenship & Immigration Services
1887 Monterey Rd
San Jose CA 95112

M-180 (Rev. 10-15-75)Y



# EXHIBIT F





U.S. Department of Justice

Federal Bureau of Investigation
Washington, D.C. 20535

### Privacy Act Request

The following information is necessary in order to file a Freedom of Information-Privacy Acts (FOIPA) request.

Full Name: **RAZMIK AHANESSIANS**

Aliases used: **None**

Current Address: **27 Heritage Village Ln, Campbell, CA 95008**

Date of Birth: **11/7/1965**   Place of Birth: **IRAN**

Daytime Telephone Number: **(408)-393-8214**

Social Security Number (optional): **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**

You may also wish to provide prior addresses, employments, etc., which you believe may assist the FBI in locating the information you seek:

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000.

Signature **Ahanessians**   Date **8/2/2007**

Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place.

A Legible and original signature is required.

(13)

# EXHIBIT G





U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

August 28, 2007

MR. RAZMIK AHANESSIANS
27 HERITAGE VILLAGE LANE
CAMPBELL, CA 95008

Request No.: 1089616- 000
Subject: AHANESSIANS, RAZMIK

Dear Requester:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

To promptly respond to requests, we concentrate on identifying main files in the central records system at FBI Headquarters. No records responsive to your FOIPA request were located by a search of the automated indices.

You may file an administrative appeal by writing to the Director, Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the FOIPA number assigned to your request so that it may be easily identified.

Enclosed for your information is a copy of the FBI File Fact Sheet.

Sincerely yours,



David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

Enclosure

(15)

# FBI FILE FACT SHEET

- The primary function of the FBI is law enforcement.
  **The FBI does not keep a file on every citizen of the United States.**

- **The FBI was not established until 1908 and we have very few records prior to the 1920's.**

- **FBI files generally contain reports** of FBI investigations of a wide range of matters, including counterterrorism, foreign counter-intelligence, organized crime/drugs, violent crime, white-collar crime, applicants, and civil rights.

- **The FBI does not issue clearances or nonclearances for anyone other than its own personnel or persons having access to FBI facilities.** Background investigations for security clearances are conducted by many different Government agencies. Persons who received a clearance while in the military or employed with some other government agency should write directly to that entity.

- **An FBI identification record or "rap sheet" is NOT the same as an FBI "file"** - it is simply a listing of information taken from fingerprint cards submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. The subject of a "rap sheet" may obtain a copy by submitting a written request to FBI, CJIS Division, Attn: SCU, Mod. D-2, 1000 Custer Hollow Road, Clarksburg, West Virginia 26306. Each request must have proof of identity which shall consist of **name, date and place of birth and a set of rolled-ink fingerprint impressions** placed upon fingerprint cards or forms commonly utilized for applicant or law enforcement purposes by law enforcement agencies, plus **payment of $18.00** in the form of a certified check or money order, payable to the Treasury of the United States.

- **The National Name Check Program (NNCP)** conducts a search of the FBI's Universal Index to identify **any** information contained in FBI records that may be associated with an individual and provides the results of that search to the requesting Federal, State or local agency. For the NNCP, a name is searched in a multitude of combinations and phonetic spellings to ensure all records are located. The NNCP also searches for both "main" and "cross reference" files. A main file is an entry that carries the name corresponding to the subject of a file while a cross reference is merely a mention of an individual contained in a file. The results from a search of this magnitude can result in several "hits" and "idents" on an individual. In each instance where UNI has identified a name variation or reference, information must be reviewed to determine whether it is applicable to the individual in question.

- **The Record/Information Dissemination Section/Freedom of Information-Privacy Acts (FOIPA)** search for records provides copies of FBI files relevant to a FOIPA request for information. FOIPA provides responsive documents to requesters seeking "reasonably described information." For a FOIPA search, the subject name, event, activity, business, or event is searched to determine whether there is an investigative file associated with the subject. This is called a "main file search" and differs from The **NNCP** search.

**FOR GENERAL INFORMATION ABOUT THE FBI,
CHECK OUT OUR WEBSITE AT
http://www.fbi.gov**

3-23-04

(16)

# EXHIBIT H



August 2, 2007

Federal Bureau of Investigation
Criminal Justice Information Services (CJIS) Division
ATTN: SCU, Mod. D-2
1000 Custer Hollow Road
Clarksburg, WV 26306

Dear Sir or Madam:

By this letter, I am requesting that you furnish me with an identification record for myself. The necessary information is as follows:

| | |
|---|---|
| Name: | Razmik Ahanessians |
| Other names used: | none |
| Date of Birth: | November 7, 1965 |
| Place of Birth: | Tehran, Iran |

Would you kindly forward the record directly to my attorney, **Kip Evan Steinberg, 1000 Fourth Street, Suite 600, San Rafael, CA 94901**. I am enclosing a set of fingerprints and a money order in the amount of $18 to cover your fee.

Thank you very much for your cooperation.

Sincerely,

Razmik Ahanessians
encl.





# EXHIBIT I



1-689* (Rev. 10-1-97)

## FEDERAL BUREAU OF INVESTIGATION
### Criminal Justice Information Services Division
### CLARKSBURG, W.V. 26306

    Please note the stamp on the back of the enclosed fingerprint card indicating the results of the search of the FBI Criminal Justice Information Services Division's files.

Enclosure(s)



RECEIVED
AUG 2 1 2007
LAW OFFICES OF
KIP EVAN STEINBERG

Identification and Investigative
Services Section

AUG 1 4 2007 6 7 5 4

**FBI/DOJ**



| APPLICANT | LEAVE BLANK | TYPE OR PRINT ALL INFORMATION IN BLACK | | FBI | LEAVE BLANK |
|---|---|---|---|---|---|

**LAST NAME NAM** AHANESSIANS   **FIRST NAME** RAZMIK   **MIDDLE NAME**

SIGNATURE OF PERSON FINGERPRINTED
*Ahanessians*

**ALIASES AKA**
None

ORI
DC000000Z
CJIS-WV-DO-REQ
CLARKSBURG, WV

RESIDENCE OF PERSON FINGERPRINTED
27 Heritage Village Ln,
Campbell, CA 95008
8/27

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
*Wm. Thomas*

**DATE OF BIRTH DOB**
Month 11  Day 7  Year 1965

**CITIZENSHIP CTZ** IRAN

| SEX | RACE | HGT. | WGT. | EYES | HAIR | PLACE OF BIRTH POB |
|---|---|---|---|---|---|---|
| M | C | 5-07 | 165 | BRN | BRN | IRAN |

EMPLOYER AND ADDRESS

2007081609-13-01

LEAVE BLANK

**ARMED FORCES NO. MNU**

SS

REASON FINGERPRINTED
Immigration

**SOCIAL SECURITY NO. SOC**
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

REF.

**MISCELLANEOUS NO. MNU**

1. R. THUMB   2. R. INDEX   3. R. MIDDLE   4. R. RING   5. R. LITTLE

6. L. THUMB   7. L. INDEX   8. L. MIDDLE   9. L. RING   10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY   L. THUMB   R. THUMB   RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY


(21)

# FEDERAL BUREAU OF INVESTIGATION
## UNITED STATES DEPARTMENT OF JUSTICE
### WASHINGTON, D.C. 20537

## APPLICANT

### 1. LOOP



THE LINES BETWEEN CENTER OF
LOOP AND DELTA MUST SHOW

### 2. WHORL



THESE LINES RUNNING BETWEEN
DELTAS MUST BE CLEAR

### 3. ARCH



ARCHES HAVE NO DELTAS

TO OBTAIN CLASSIFIABLE FINGERPRINTS:

1. WASH AND DRY FINGERS THOROUGHLY.
2. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
3. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
4. IF AN AMPUTATION OR DEFORMITY MAKES IT IMPOSSIBLE TO PRINT A FINGER, MAKE A NOTATION TO THAT EFFECT IN THE INDIVIDUAL FINGER BLOCK.
5. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED WITH A MEMO STAPLED TO THE CARD EXPLAINING THE CIRCUMSTANCES.
6. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

**LEAVE THIS SPACE BLANK**

### THIS CARD FOR USE BY:

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS.*

2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDINANCES UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*

3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW.**

4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

### INSTRUCTIONS:

*1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.

2. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

**3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.

4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.

MISCELLANEOUS NO. - RECORD: OTHER ARMED FORCES NO., PASSPORT NO. (PP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS), VETERANS' ADMINISTRATION CLAIM NO. (VA).



PI 40-A (3-95)

Equivalent to FBI FD-258



**IDI**denticator

4051 Glencoe Avenue, Marina del Rey, CA 90292
(310) 306-8161   FAX (310) 578-1010   Printed in U.S.A.

