```
 1  Kip Evan Steinberg (SBN 096084)
    LAW OFFICE OF KIP EVAN STEINBERG
 2  Courthouse Square
    1000 Fourth Street, Suite 600
 3  San Rafael, CA 94901
    Telephone: 415-453-2855
 4  Facsimile: 415-456-1921
    kip@steinberg-immigration-law.com
 5
 6  Attorney for Plaintiff RAZMIK AHANESSIANS
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAZMIK AHANESSIANS<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary Department of Homeland Security;<br>ALBERTO GONZALES, Attorney General, Department of Justice<br><br>        Defendants | **Case No. C 07-0417 JW**<br><br>**Plaintiff's Declaration Of Proof of Service** |

I, Kip Evan Steinberg, declare that:

1. I am employed in the County of Marin, California. My business address is 1000 Fourth Street, Suite 600, San Rafael, CA 94901.

2. I am over the age of eighteen and not a party to the within action.

3. On **September 14, 2007**, I served copies of the following:

    (a) File-Marked/Endorsed Petition for Hearing on Naturalization Application filed September 13, 2007

    (b) Summons

*Ahanessians v. Chertoff*
Pl. Dec. Of Proof Of Service                1

1  (c)  Order Setting Initial Case Management Conference And ADR Deadlines
2  
3  (d)  Standing Order Re Case Management In Civil Cases
4  (e)  Standing Order Re Pretrial Preparation
5  (f)  Standing Order For All Judges Of The Northern District Of California - Contents Of Joint Management Statement
6  
7  (g)  Northern District of California San Jose Division Criminal and Civil Law and Motion Hearing Schedules
8  
9  (h)  Handbook of Dispute Resolution Procedures in the Northern District of California
10 
11 (i)  Copy of the "Consent To Proceed Before A United States Magistrate Judge" Form
12 
13 (j)  Instructions For Completion Of ADR Forms including ADR Certification Form
14 
15 (k)  Welcome To The U.S. District Court, San Jose Division
16 (l)  U.S. District Court Northern California ECF Registration Information Handout
17 

on the defendants and interested parties in said cause, by placing true copies thereof enclosed in a sealed envelope with postage thereon fully prepaid for Priority Mail/Delivery Confirmation, in the United States mail at San Rafael, California, addressed as follows:

Michael Chertoff, Secretary
Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington DC 20528

Alberto Gonzales
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW

*Ahanessians v. Chertoff*
Pl. Dec. Of Proof Of Service                    2

1  Washington DC 20530-0001

2  U.S. Department of Justice
   U.S. Attorney's Office
3  Northern District of California
   Attn: Civil Division, Floors 10-11
4  450 Golden Gate Ave.
   San Francisco, CA 94102

5

6       I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **September 14,  2007** at San Rafael, California.

7

8

9

10                                          __/s/_____
                                            Kip Evan Steinberg

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  *Ahanessians v. Chertoff*
    Pl. Dec. Of Proof Of Service        3