**UNITED STATES POSTAL SERVICE**®

Track & Confirm      FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5465**
Status: **Delivered**

Your item was delivered at 11:20 AM on September 17, 2007 in
WASHINGTON, DC 20528.

( Additional Details > )  ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.  ( Go > )

 POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5465

(Please Print Clearly)

Michael Chertoff, Secretary DHS
c/o Office of the General Counsel
D.H.S. / Wash. D.C. 20528

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)

☐ **Priority Mail**™ Service
☐ **First-Class Mail**® parcel
☐ **Package Services** parcel

(See Reverse)

PS Form 152, May 2002

 **UNITED STATES POSTAL SERVICE**®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5632**
Status: **Delivered**

Your item was delivered at 4:45 AM on September 19, 2007 in
WASHINGTON, DC 20530.

( Additional Details > )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.    ( Go > )

 POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust       Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy   

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)  Alberto Gonzales
(Please Print Clearly)  Attorney General, USDOJ
950 Pennsylvania Ave, NW
Wash D.C. 20530-0001

**DELIVERY CONFIRMATION NUMBER:**
0307 0020 0001 1572 5632

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ **Priority Mail**™ Service
☐ **First-Class Mail**® parcel
☐ **Package Services** parcel

PS Form 152, May 2002                (See Reverse)

 **UNITED STATES POSTAL SERVICE** ®

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5571**
Status: **Delivered**

Your item was delivered at 11:07 AM on September 17, 2007 in SAN FRANCISCO, CA 94102.

( Additional Details > )   ( Return to USPS.com Home > )



### Track & Confirm

Enter Label/Receipt Number.

[                    ]

( Go > )

### Notification Options

## Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

 POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy 

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

**DELIVERY CONFIRMATION NUMBER:**
0307 0020 0001 1572 5571

N.D.
U.S. Attorney's Office CAL
*(Please Print Clearly)*
Attn: Civil Division, Flrs, 10-71
450 Golden Gate Ave
S.F. CA 94/02

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002