1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff RAZMIK AHANESSIANS**

7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 RAZMIK AHANESSIANS            )
                                 )
13        Plaintiff,             )    **Case No. C 07-0417 JW**
                                 )
14   v.                          )    **Plaintiff's Declaration Of**
                                 )    **Proof of Service**
15 MICHAEL CHERTOFF, Secretary   )
   Department of Homeland Security; )
16 ALBERTO GONZALES, Attorney General, )
   Department of Justice         )
17                               )
                                 )
18        Defendants             )
   _____)

19 Plaintiff returns the summons and three "track and confirm" search results

20 from USPS.COM plus copies of three U.S. Postal Service Delivery Confirmation

21 Receipts (Attachments 1-4), indicating receipt of the suit papers by each of the

22 two defendants and the Office of the U.S. Attorney.

23 Dated : September 19, 2007

24

25                                    _____/s/_____
                                      Kip Evan Steinberg
26                                    Attorney for Plaintiff Ahanessians

27

28 *Ahanessians v. Chertoff*
   Pl. Return of Executed Summons        1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28