# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Razmik Ahanessians **E-filing**

**SUMMONS IN A CIVIL CASE**

v.

Michael Chertoff, Alberto Gonzales

CASE NUMBER:

**C 07 4717**

**JW**

**HRL**

TO: (Name and address of defendant)

Michael Chertoff, Secretary, Department of Homeland Security
c/o Office of the General Counsel
U.S. Department of Homeland Security
Washington D.C. 20528
Alberto Gonzales, Attorney General, U.S. Department of Justice,
950 Pennsylvania Ave, NW Washington D.C. 20530-00001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kip Evan Steinberg (SBN 096084)
Law Offices of Kip Evan Steinberg
1000 Fourth Street, Suite 600
San Rafael, CA 94901

Telephone 415-453-2855

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE SEP 1 3 2007

(BY) DEPUTY CLERK

MARY ANN BUCKLEY





**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5465**
Status: **Delivered**

Your item was delivered at 11:20 AM on September 17, 2007 in
WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

## Notification Options

Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > ) 





POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

**DELIVERY CONFIRMATION NUMBER:** 0307 0020 0001 1572 5465

Article Sent To: (to be completed by mailer)
(Please Print Clearly)

Michael Chertoff, Secretary DHS
c/o Office of the General Counsel
D.H.S. / Wash. D.C. 20528

Postmark
Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
                (See Reverse)

PS Form 152, May 2002





# UNITED STATES
## POSTAL SERVICE®

Track & Confirm          FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **0307 0020 0001 1572 5632**
Status: **Delivered**

Your item was delivered at 4:45 AM on September 19, 2007 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

[                    ]                    ( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS      site map    contact us   government services   jobs   National & Premier Accounts
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer) (Please Print Clearly) Alberto Gonzales
Attorney General, USDOJ
950 Pennsylvania Ave, NW
Wash D.C. 20530-0001

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5632

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For Inquiries:
Access internet web site at
*www.usps.com* ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

PS Form 152, May 2002          (See Reverse)



 **UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **0307 0020 0001 1572 5571**
Status: **Delivered**

Your item was delivered at 11:07 AM on September 17, 2007 in SAN FRANCISCO, CA 94102.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

## U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

DELIVERY CONFIRMATION NUMBER: 0307 0020 0001 1572 5571

N.D.
U.S. Attorney's Office  CAL
Attn: Civil Division, Flrs. 10-11
450 Golden Gate Ave
S.F. CA 94102

Postmark Here

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

**CHECK ONE (POSTAL USE ONLY)**
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

④