1  Kip Evan Steinberg (SBN 096084)
   LAW OFFICE OF KIP EVAN STEINBERG
2  Courthouse Square
   1000 Fourth Street, Suite 600
3  San Rafael, CA 94901
   Telephone: 415-453-2855
4  Facsimile: 415-456-1921
   kip@steinberg-immigration-law.com
5

6  **Attorney for Plaintiff RAZMIK AHANESSIANS**

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12 RAZMIK AHANESSIANS                )
                                     )
13         Plaintiff,                )   **Case No. C 07-4717 JW**
                                     )
14    v.                             )   **Plaintiff's Return Of**
                                     )   **Executed Summons**
15 MICHAEL CHERTOFF, Secretary       )
   Department of Homeland Security;  )
16 ALBERTO GONZALES, Attorney General,)
   Department of Justice             )
17                                   )
                                     )
18         Defendants                )
   _____)

19 Plaintiff returns the summons and three "track and confirm" search results

20 from USPS.COM plus copies of three U.S. Postal Service Delivery Confirmation

21 Receipts (Attachments 1-4), indicating receipt of the suit papers by each of the

22 two defendants and the Office of the U.S. Attorney.

23 Dated : September 19, 2007

24

25                              _____/s/_____
                                Kip Evan Steinberg
26                              Attorney for Plaintiff Ahanessians

27

28 *Ahanessians v. Chertoff*
   Pl. Return of Executed Summons          1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Ahanessians v. Chertoff*
Pl. Return of Executed Summons                2