SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAZMIK AHANESSIANS, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL CHERTOFF, Secretary ) <br> Department of Homeland Security; ) <br> ALBERTO GONZALES, Attorney General, ) <br> Department of Justice, ) <br> ) <br>     Defendants. ) <br> ) | Case No. 07-4717 JW <br><br> **STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

    Defendants hereby confirm that Plaintiff's FBI name check has cleared, and that Defendants have no evidence that Plaintiff is ineligible for citizenship.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 07-4717 JW

1 | Date: September 25, 2007  Respectfully submitted,

2 |  SCOTT N. SCHOOLS
 | United States Attorney

3 |

4 |

5 | _____/s/_____
 | EDWARD A. OLSEN
 | Assistant United States Attorney

6 | Attorneys for Defendants

7 |

8 |  _____/s/_____
 | Date: September 25, 2007  KIP EVAN STEINBERG
 | Attorney for Plaintiff

9 |

10 |

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |

14 | Date: _____
 | JAMES WARE

15 | United States District Judge

Stipulation to Dismiss
C 07-4717 JW                2