| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RAZMIK AHANESSIANS, | ) | |
| | ) | Case No. 07-4717 JW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** |
| | ) | **[PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary | ) | |
| Department of Homeland Security; | ) | |
| ALBERTO GONZALES, Attorney General, | ) | |
| Department of Justice, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Defendants hereby confirm that Plaintiff's FBI name check has cleared, and that Defendants have no evidence that Plaintiff is ineligible for citizenship.

Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C 07-4717 JW

| | | |
|---|---|---|
| 1 | Date: September 25, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | _____/s/_____<br>EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | Date: September 25, 2007 | _____/s/_____<br>KIP EVAN STEINBERG |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending dates have been VACATED. The Clerk shall close the file.

Date:    September 27, 2007

_____
JAMES WARE
United States District Judge

Stipulation to Dismiss
C 07-4717 JW                                       2